Hector Marlin **HERNANDEZ,** Petitioner,

v.

John **ASHCROFT,** Attorney General, Respondent.

No. 02–74024.
Agency No. A78–239–074.

United States Court of Appeals, Ninth Circuit.

Submitted Dec. 8, 2003.*

Decided Dec. 16, 2003.

David–Blake, Oceanside, CA, for Petitioner.

Regional Counsel, Western Region, Immigration & Naturalization Service, Laguna Niguel, CA, CAS–District Counsel, Office of the District Counsel, San Diego, CA, Executive Office of Immigration Review, Office of Immigration Judge, San Diego, CA, Ronald E. LeFevre, Chief Legal Officer, Office of the District Counsel, Department of Homeland Security, San Francisco, CA, Luis E. Perez, Office of Immigration Litigation, John C. Cunningham, Francis W. Fraser, U.S. Department of Justice, Washington, DC, for Respondent.

Before GOODWIN, WALLACE, and TROTT, Circuit Judges.

MEMORANDUM**

Hector Marlin Hernandez, a native and citizen of Honduras, petitions for review of

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

the Board of Immigration Appeals' summary affirmance of the Immigration Judge's ("IJ") order denying his application for asylum and withholding of removal, and relief under the Convention Against Torture. We have jurisdiction under 8 U.S.C. § 1252. We deny the petition.

Hernandez's sole contention before this Court is that the IJ erred in finding that he knowingly filed a frivolous asylum application pursuant to 8 U.S.C. § 1158(d)(6). The IJ's finding pursuant to the regulations was adequately supported by the record. *See* 8 C.F.R. § 208.20 ("asylum application is frivolous if any of its material elements is deliberately fabricated.").

**PETITION DENIED.**

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.